UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ANTHONY MUSSEHL,  CIVIL NO. 10-4269 (JNE/JSM)

    Plaintiff,

v.  ORDER

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated December 3, 2010. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis, (Docket No. 1), is **DENIED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 1-24-2011

                                              s/ Joan N. Ericksen
                                              JOAN N. ERICKSEN
                                              United States District Judge